Submitted on record and briefs May 7, affirmed October 31, 2001

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL ERIC NITSCHKE,
*Appellant.*

9612-39400; A99987

33 P3d 1027

David E. Groom, Public Defender, and Irene B. Taylor, Deputy Public Defender, filed the briefs for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the briefs for respondent.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

Affirmed. *State ex rel Huddleston v. Sawyer,* 324 Or 597, 932 P2d 1145, *cert den* 522 US 994 (1997); *State v. Crain,* 177 Or App 627, 33 P3d 1050 (2001).